1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8

| | |
|---|---|
| MARY JAMES, an individual, | NO. 2:22-cv-01473-JHC |
| Plaintiff, | |
| - vs - | |
| CRUISEPORT CURAÇAO CV, a Curaçao general partnership; HOLLAND AMERICA LINE NV, LLC, a Curaçao corporation, individually and as a general partner of Cruiseport Curaçao CV; HOLLAND AMERICA LINE NV, a Curaçao corporation, individually and as a general partner of Cruiseport Curaçao CV; HOLLAND AMERICA LINE – USA, INC., a Delaware corporation; and HOLLAND AMERICA LINE, INC., a Washington corporation, | STIPULATION AND ORDER OF DISMISSAL |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20                              **STIPULATION**

21          **COMES NOW** the plaintiff, Mary James, and all the defendants, Cruiseport Curacao CV;

22   Holland America Line NV LLC; Holland America Line NV; Holland America Line-USA, Inc.;

23   and Holland America Line, Inc., through their respective counsel, and stipulate to the entry of

24   ////

25   ////

26   ////

27

FURY
DUARTE PS
TRIAL LAWYERS

1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606

an order of dismissal of plaintiff's claims against defendants, in their entirety, without prejudice and without costs.

DATED this 25th day of January, 2023.

FURY DUARTE PS

/s/ Scott David Smith
SCOTT DAVID SMITH, WSBA 48108
FRANCISCO A. DUARTE, WSBA 24056
1606 148th Avenue SE – Suite 200
Bellevue, Washington 98007
425.643.1606
425.643.2606 (fax)
scott@furyduarte.com
fad@furyduarte.com
*Attorneys for Plaintiff*

LEGROS BUCHANAN & PAUL

/s/ Louis A. Shields
LOUIS A. SHIELDS, WSBA 25740
4025 Delridge Way SW – Suite 500
Seattle, Washington 98106
206.623.4990
206.467.4828 (fax)
lshields@legros.com
*Attorneys for Defendants*

Stipulation and Order of Dismissal
(Cause No. 2:22-cv-01473-JHC) - 2 of 3



1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606

1

2                                          ORDER

3          Based on the foregoing stipulation, plaintiff's claims against the defendants are hereby

4  dismissed without prejudice, and without costs.

5          DATED this 26th day of January, 2023.

6

7                                                  _____

8                                                  HONORABLE JOHN H. CHUN
                                                   *United States District Court Judge*

9   Presented by:

10  FURY DUARTE, PS

11
    /s/ Scott David Smith
12  SCOTT DAVID SMITH, WSBA 48108
    FRANCISCO A. DUARTE, WSBA 24056
13  1606 148th Avenue SE – Suite 200
    Bellevue, Washington 98007
14  425.643.1606
    425.643.2606 (fax)
15  scott@furyduarte.com
    fad@furyduarte.com
16  *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

Stipulation and Order of Dismissal
(Cause No. 2:22-cv-01473-JHC) - 3 of 3



1606 148th Avenue SE
Suite # 200
Bellevue, WA 98007
T: (425) 643-1606
F: (425) 643-2606